MICHAEL CALLAHAN, Respondent, *v.* THE MUNSON STEAM-SHIP LINE, Appellant, Impleaded with Others.

*Callahan* v. *Munson Steamship Line*, 147 App. Div. 934, affirmed.
(Argued June 9, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 18, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

·*Charles S. Haight* and *Amos H. Stephens* for appellant.

*Thomas F. Magner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROSA HERTZ, Appellant.

*People* v. *Hertz*, 156 App. Div. 901, affirmed.
(Submitted June 9, 1913; decided October 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1913, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of keeping a disorderly house in violation of section 1146 of the Penal Law.

*Leon Levy* for appellant.

*Charles S. Whitman,* ·*District Attorney* (*Robert S. Johnstone* and *Stanley L. Richter* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.